NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

JUN 21 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTOPHER DAVID KROHE, | No. 17-17259 |
| Plaintiff-Appellant, | D.C. Nos. |
| v. | 1:17-cv-00878-DAD-MJS |
| | 1:17-cv-00881-DAD-MJS |
| | 1:17-cv-00885-DAD-MJS |
| ZANDRA STEINHARDT, | 1:17-cv-00889-DAD-MJS |
| Defendant-Appellee. | |
| | MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Dale A. Drozd, District Judge, Presiding

Submitted June 12, 2018[**]

Before:     RAWLINSON, CLIFTON, and NGUYEN, Circuit Judges.

Christopher David Krohe appeals pro se from the district court's judgment

dismissing for lack of subject matter jurisdiction his action arising from a contract

dispute.  We have jurisdiction under 28 U.S.C. § 1291.  We review de novo.

*Rundgren v. Wash. Mut. Bank, FA*, 760 F.3d 1056, 1060 (9th Cir. 2014).  We

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

The district court properly dismissed Krohe's action for lack of subject matter jurisdiction because Krohe failed to allege a federal question or jurisdiction based on diversity of citizenship. *See* 28 U.S.C. § 1331 (conferring jurisdiction on district courts in "civil actions arising under the Constitution, laws, or treaties of the United States"); 28 U.S.C. § 1332(a)(1) (conferring jurisdiction on district courts where the plaintiff alleges that the parties are completely diverse and the amount in controversy exceeds $75,000); Fed. R. Civ. P. 8(a) (complaint must contain a "short and plain statement" of the grounds for the court's jurisdiction).

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

**AFFIRMED.**